UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R.,[1]<br><br>            Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY,[2]<br>Commissioner of Social Security Administration,<br><br>            Defendant. | Case No. 2:23-cv-09150-MEMF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Plaintiff's Brief in Support of Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff filed Objections on June 3, 2024. (Dkt. 15.) The Court conducted a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. However,

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Commissioner Martin J. O'Malley as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

Plaintiff's Objections do not cause the Court to disagree with the recommendation of the United States Magistrate Judge. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered AFFIRMING the decision of the Commissioner of Social Security.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 16, 2024

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE