UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS R.,[1] <br><br>  Plaintiff, <br><br>  v. <br><br> MARTIN J. O'MALLEY,[2] Commissioner of Social Security Administration, <br><br>  Defendant. | Case No. 2:23-cv-09150-MEMF-AJR <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

/ / /

/ / /

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Commissioner Martin J. O'Malley as the Defendant in this action pursuant to Federal Rules of Civil Procedure 25(d).

1  IT IS HEREBY ADJUDGED that the decision of the Commissioner is
2  AFFIRMED.
3
4  DATED: December 16, 2024
5  _____
6  HON. MAAME EWUSI-MENSAH FRIMPONG
   UNITED STATES DISTRICT JUDGE

2